IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

BUFFIE OWENS, )
)
Plaintiff, )
)
v. )  CV 1:07CV1033-TFM
)
WAFFLE HOUSE, INC., )
)
Defendant. )
)
)
)

## DEFENDANT'S MOTION TO PLACE CERTAIN EXHIBITS TO ITS NOTICE OF REMOVAL UNDER SEAL

COMES NOW, Defendant Waffle House, Inc. ("Defendant") and contemporaneously with the filing of its Notice of Removal in the case, hereby requests that Exhibits 2 and 3 to its Notice of Removal be placed under seal and kept confidential. Exhibits 2 and 3 to Defendant's Notice of Removal contain personal and confidential information relating to Plaintiff's health status. Due to privacy concerns, Defendant requests these items be sealed.

Respectfully submitted,

_____
Robert E. Battle (BAT026)
Michael J. Clemmer (CLE029)
Attorneys for Defendants WAFFLE HOUSE, INC.

OF COUNSEL:
**BATTLE FLEENOR GREEN
  WINN & CLEMMER LLP**
The Financial Center
505 North 20th Street
Suite 1150
Birmingham, Alabama 35203
Telephone: (205) 397-8160
Fax: (205) 397-8179
Email: rbattle@bfgwc.com
       mclemmer@bfgwc.com

## CERTIFICATE OF SERVICE

I hereby certify that, I have served a copy of the foregoing pleading via US Mail on:

Rufus R. Smith, Jr.
Rufus R. Smith, Jr. & Associates
P.O. Drawer 6629.
Dothan, Alabama 36302

on this the 21st day of November, 2007.

_____
OF COUNSEL

2