IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BUFFIE OWENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 1:07 CV 1033 -TFM |
| | ) |
| WAFFLE HOUSE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

RECEIVED
2007 NOV 21 P 3:31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1446(d)

Pursuant to 28 U.S.C. § 1446(d), Defendant Waffle House, Inc. ("Defendant") hereby serves notice that it has filed with the Circuit Court of Houston County, Alabama a Notice that it has filed a Notice of Removal of this matter to the United States District Court for the Middle District of Alabama, Southern Division, including attaching a copy of said Notice of Removal.

Respectfully submitted,

_____
Robert E. Battle (BAT026)
Michael J. Clemmer (CLE029)
Attorneys for Defendants WAFFLE HOUSE, INC.

OF COUNSEL:
BATTLE FLEENOR GREEN
  WINN & CLEMMER LLP
The Financial Center
505 North 20th Street
Suite 1150
Birmingham, Alabama 35203
Telephone: (205) 397-8160
Fax: (205) 397-8179
Email: rbattle@bfgwc.com
       mclemmer@bfgwc.com

## CERTIFICATE OF SERVICE

I hereby certify that, I have served a copy of the foregoing pleading via US Mail on:

Rufus R. Smith, Jr.
Rufus R. Smith, Jr. & Associates.
P.O. Drawer 6629.
Dothan, Alabama 36302

on this the 21st day of November, 2007.

_____
OF COUNSEL