IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BUFFIE OWENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CV 1:07CV1033-TFM |
| WAFFLE HOUSE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

RECEIVED
2007 NOV 21 P 3:31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. RULE 7.1

COMES NOW Defendant Waffle House, Inc., and files this Disclosure Statement pursuant to Fed.R.Civ.P. Rule 7.1. The undersigned counsel of record certifies the following:

1. Waffle House, Inc. has no parent corporation and no publicly-traded company owns 10% or more of Waffle House, Inc.'s stock.

Respectfully submitted,

_____
Robert E. Battle (BAT026)
Michael J. Clemmer (CLE029)
Attorneys for Defendant WAFFLE HOUSE, INC.

**OF COUNSEL:**
**BATTLE FLEENOR GREEN**
  **WINN & CLEMMER LLP**
The Financial Center
505 North 20th Street
Suite 1150
Birmingham, Alabama 35203
Telephone: (205) 397-8160
Fax: (205) 397-8179
Email: rbattle@bfgwc.com
       mclemmer@bfgwc.com

## CERTIFICATE OF SERVICE

I hereby certify that, I have served a copy of the foregoing via US Mail on:

Rufus R. Smith, Jr.
Rufus R. Smith, Jr. & Associates
P.O. Drawer 6629.
Dothan, Alabama 36302

on this the 21st day of November, 2007.

_____
OF COUNSEL