IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BUFFIE OWENS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )    **CV1:07 CV1033-TFM** |
| | ) |
| **WAFFLE HOUSE, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**CONFLICT DISCLOSURE STATEMENT**

**COMES NOW** Buffie Owens, the Plaintiff in the above-captioned matter and in accordance with Federal Rules of Civil Procedure 7.1 and this Court's General Order Number 3047 and makes the following conflict disclosure statement; to-wit:

The Plaintiff is an individual.

The undersigned counsel of record certifies that there are no reportable relationships.

Respectfully submitted.

/s/Rufus R. Smith, Jr.
Rufus R. Smith, Jr.
Attorney for Plaintiff
Rufus R. Smith, Jr. & Associates
Post Office Drawer 6629
Dothan, Alabama 36302
(334) 671-7959
Fax (334) 671-7957
rufusrsmith@yahoo.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of the same in the United States mail, postage prepaid, addressed as follows on this the 27th day of November, 2007.

Robert E. Battle, Esq.
Michael J. Clemmer, Esq.
Battle, Fleenor, Green, Winn & Clemmer, LLP
The Financial Center
505 North 20th Street
Suite 1150
Birmingham, Alabama 35203

                                        /s/Rufus R. Smith, Jr.
                                        Rufus R. Smith, Jr.
                                        Attorney for Plaintiff