IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BUFFIE OWENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-cv-1033-TFM |
| | ) |
| WAFFLE HOUSE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Pending before the Court is *Defendant's Motion to Place Certain Exhibits to its Notice of Removal Under Seal* (Doc. 2, filed November 21, 2007). For good cause, it is

**ORDERED** the motion (Doc. 2) is **GRANTED**. The Clerk shall docket Exhibits 2 and 3 to Defendant's Notice of Removal under seal.

DONE this 27th day of November, 2007.

     /s/Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE