IN THE UNTIED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BUFFIE OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Case No.: 1:07-cv-1033-WKW |
| ) | |
| WAFFLE HOUSE, INC., ) | |
| ) | |
| Defendant. ) | |

**REPORT OF PARTIES' PLANNING MEETING**

    1.    **Initial Meeting:**    Pursuant to Fed.R.Civ.P. 26(f) and Local Rule 26.1(a)(1), a meeting was held on January 3, 2008, and attended by:

    Rufus R. Smith, Jr. [SMI 060]
    Rufus R. Smith, Jr. & Associates
    Post Office Drawer 6629
    Dothan, Alabama 36302
    (334) 671-7959
    Fax: (334) 671-7957
    rufusrsmith@yahoo.com
    Attorney for Plaintiff

    Robert E. Battle, [BAT 026]
    Michael J. Clemmer, [CLE 029]
    Battle, Fleenor, Green, Winn & Clemmer, LLP
    The Financial Center
    505 North 20th Street
    Suite 1150
    Birmingham, Alabama 35203
    (205) 397-8160
    Fax: (205) 397-8179
    rbattle@bfgwc.com
    mclemmer@bfgwc.com
    Attorney for Defendant

    2.    **Pre-Discovery Disclosures:**  The parties will exchange by January 30, 2008 the information required by Local Rule 26.1(1)(a).

    3.    **Discovery Plan:**    The parties jointly propose to the Court the following discovery plan:

    Discovery will be needed on the following subjects: liability and damages.

    All discovery will be commenced in time to be completed by July 18, 2008.

    Reports from retained experts under Rule 26(a)(2) due:

        From Plaintiff by:    March 14, 2008, and made available for deposition on or before April 18, 2008.

        From Defendant by: May 16, 2008, and made available for deposition on or before June 20, 2008.

    Supplementation under Rule 26(e) due within 30 days of discovery.

    4.    **Other Items:**

    The parties do not request a conference with the Court before entry of the Scheduling Order.

    The parties should be allowed until February 22, 2008 to join additional parties and to amend the pleadings.

    All potentially dispositive motions should be filed by August 1, 2008.

    The parties cannot evaluate settlement prior to the completion of expert discovery.

    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

        From Plaintiff by:    four (4) weeks before trial;

        From Defendant by: four (4) weeks before trial.

    Parties shall have seven (7) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case will be ready for trial during the September 22, 2008 civil trial term and the trial is expected to take approximately four (4) days.

AGREED to this 10th day of January, 2008 by:

/s/ Rufus R. Smith, Jr., Esq.
Rufus R. Smith, Jr. [SMI 060]
Rufus R. Smith, Jr. & Associates
Post Office Drawer 6629
Dothan, Alabama 36302
(334) 671-7959
Fax: (334) 671-7957
rufusrsmith@yahoo.com
Attorney for Plaintiff, Buffie Owens


/s/Robert E. Battle, Esq.
Robert E. Battle, Esq.[BAT 026]
Battle, Fleenor, Green, Winn & Clemmer, LLP
The Financial Center
505 North 20th Street
Suite 1150
Birmingham, Alabama 35203
(205) 397-8160
Fax: (205) 397-8179
rbattle@bfgwc.com
Attorney for Defendant, Waffle House, Inc.