**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BUFFIE OWENS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NO. 1:07-cv-1033-WKW** |
| | ) | |
| **WAFFLE HOUSE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The court being informed that this case is settled, the parties shall file a joint stipulation of dismissal signed by counsel for all parties who have appeared, on or before **April 18, 2008.** See Fed. R. Civ. P. 41(a)(ii).

DONE this 20th day of March, 2008.

                                                 /s/  W. Keith Watkins
                                               UNITED STATES DISTRICT JUDGE