IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BUFFIE OWENS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) CASE NO. 1:07-cv-1033-WKW |
| v. | ) |
| | ) |
| **WAFFLE HOUSE, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COME NOW** the Plaintiff, Buffie Owens, and Defendant, Waffle House Inc., by and through their undersigned counsel, and hereby stipulate to the dismissal of this action with prejudice, costs taxed as paid.

AGREED to this 31 day of March, 2008:

_____
Michael J. Clemmer (CLE029)
One of the Attorneys for Defendant
Waffle House, Inc.
**BATTLE FLEENOR GREEN
  WINN & CLEMMER LLP**
505 North 20th Street, Suite 1150
Birmingham, Alabama 35203
Telephone: (205) 397-8160
Fax: (205) 397-8179
Email: mclemmer@bfgwc.com

AGREED to this 3rd day of April, 2008:

_____
Rufus R. Smith, Jr. (SMI060)
Attorney for Plaintiff
Rufus R. Smith, Jr. & Associates
Post Office Drawer 6629
Dothan, Alabama 36302
Telephone: (334) 671-7959
Facsimile: (334) 671-7957

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BUFFIE OWENS | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:07-cv-1033-WKW ) ) |
| WAFFLE HOUSE, INC., | ) ) |
| Defendant. | ) ) ) |

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation for Dismissal With Prejudice filed by the parties hereto, it is hereby ORDERED AND ADJUDGED that this matter is Dismissed With Prejudice, costs taxed as paid.

DATED this the _____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

cc:
Michael J. Clemmer
Rufus R. Smith, Jr.